UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOEL MATIAS,

   *Plaintiff*

V.                                                                     3:18-CV-00017-SRU

C. CHAPDELAINE,
MARK SILVER, R. WELDON,
ANDERSON, OGANDO,

   *Defendants*

## JUDGMENT

This matter came on for consideration on defendant Anderson's motion for summary judgment (Doc. No. 132) before the Honorable Stefan R. Underhill, United States District Judge. On February 12, 2018, the Court dismissed all claims against defendants C. Chapdelaine, R. Weldon, and Ogando.  The Court, having reviewed all papers filed in conjunction with the motion for summary judgment, entered an order on September 29, 2022, granting Anderson's motion for summary judgment and dismissing the claim against Mark Silver without prejudice.

Because counsel was appointed in this case under Local Civil Rule 83.10, this Court shall retain jurisdiction to adjudicate any dispute between such counsel and his or her client arising from the representation in this case, including without limitation, a grievance or malpractice claim.  It is therefore;

ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of ANDERSON and the case is closed.

Dated at Bridgeport, Connecticut, this 6th day of October 2022.

DINAH MILTON KINNEY, Clerk

By:  /s/ Julia Reis
Deputy Clerk

EOD: 10/6/2022